EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: | 2007 TSPR 206 |
| María Socorro Muñoz Llinás | 172 DPR _____ |

Número del Caso: TS-15343


Fecha: 8 de noviembre de 2007


Colegio de Abogados de Puerto Rico:

        Lcda. María de Lourdes Rodríguez
        Oficial Investigadora


Materia: Conducta Profesional
        (La suspensión será efectiva el 26 de noviembre de
         2007 fecha en que se le notificó a la abogada de su
        suspensión inmediata.)

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re

                                  TS-15343

María Socorro Muñoz Llinás

PER CURIAM

San Juan, Puerto Rico, a 8 de noviembre de 2007

I

El 7 de abril de 2006, el señor Victor Garay Rodríguez presentó ante el Colegio de Abogados una queja contra la licenciada María Socorro Muñoz Llinás. En la misma, alegó que había contratado los servicios de la licenciada Muñoz en julio de 2005 para que lo representara en una reclamación en cobro de dinero que tenía que instar en el tribunal de instancia. Indicó, que le había pagado a la licenciada la cantidad de $600.00. En su queja informó que desde diciembre de 2005 no había tenido comunicación con la licenciada Muñoz a pesar de haber visitado su oficina en varias ocasiones así como

haberla llamado por teléfono.

El 21 de abril de 2006, el Colegio de Abogados le remitió una comunicación, por correo certificado con acuse de recibo, a la licenciada Muñoz Llinás solicitándole que se expresara sobre la queja formal presentada en su contra. La licenciada Muñoz hizo caso omiso de dicha comunicación. Subsiguientemente, el Colegio envió idénticas comunicaciones el 2 de junio, el 21 de junio y el 18 de julio. A pesar que las cartas fueron recibidas, según hizo constar el Colegio de Abogados, la licenciada Muñoz no se expresó sobre la queja presentada.

El 26 de enero de 2007, el Colegio de Abogados presentó una moción informativa ante este Tribunal donde nos informó de la anterior. El 20 de febrero de 2007, emitimos una Resolución donde le concedimos a la licenciada Muñoz un término de veinte días para que se expresara sobre la moción presentada por el Colegio de Abogados. Esta Resolución se remitió por correo certificado con acuse de recibo, y consta en autos que fue recibida por la licenciada Muñoz. Ésta sin embargo, no compareció.

El 11 de mayo de 2007 emitimos una nueva Resolución concediéndole un nuevo término de veinte días para expresarse sobre la moción informativa presentada por el Colegio de Abogados. En nuestra Resolución, apercibimos a la licenciada Muñoz de que su incumplimiento con nuestra Resolución podría conllevar severas sanciones. La Resolución le fue notificada

personalmente por la Oficina del Alguacil de este Tribunal el 29 de mayo.

La licenciada Muños Llinares no ha comparecido ni ha solicitado prórroga para comparecer.

## II

En innumerables ocasiones hemos indicado que los abogados tienen la ineludible obligación de responder diligentemente a las órdenes de este Tribunal, como a los requerimientos del Procurador General y del Colegio de Abogados, con respecto a quejas que se investigan. *In re Arroyo Rivera*, res. 1ero de abril de 2004, 2004 TSPR ___; *In re Torres Torregrosa*, res. 13 de enero de 2004, 2004 TSPR 9. El no hacerlo, sin tener motivos justificados para ello, acarrea severas sanciones disciplinarias. *In re Arroyo Rivera*, 148 D.P.R. 354 (1999).

La indiferencia del abogado al no atender nuestros requerimientos u órdenes resulta inaceptable. Nos parece sorprendente que luego de alcanzar el privilegio de servir como abogado en nuestra sociedad, quienes detentan esa gracia luego de muchos sacrificios, sean tan displicentes con este Tribunal, a sabiendas de las graves repercusiones que ello tiene. Véase entre otros, *In re Fernández Pacheco*, 152 D.P.R. ___ (2000); *In re Corujo Collazo*, 149 D.P.R. ___ (2000); *In re López López*, 149 D.P.R. ___ (2000).

## III

La licenciada Muñoz Llinás fue admitida al ejercicio de la abogacía el 16 de febrero de 2005. Según se desprende de

la relación que antecede, ésta ha incumplido reiteradamente con los requerimientos que le hiciera el Colegio de Abogados respecto una queja presentada en su contra. Así también ha incumplido con nuestras Resoluciones del 27 de febrero de 2007 y 11 de mayo 2007. Esta última Resolución le fue notificada personalmente por la Oficina del Alguacil de este Tribunal. Es evidente que a ésta no le interesa continuar desempeñándose como abogada.

Por todo lo antes expuesto, se suspende inmediata e indefinidamente a María Socorro Muñoz Llinás del ejercicio de la profesión de abogado y hasta que otra cosa disponga este Tribunal.

Se le impone el deber de notificar a todos sus clientes de su presente inhabilidad para seguir representándolos, les devuelva cualesquiera honorarios recibidos por trabajos no realizados e informe oportunamente de su suspensión a los distintos foros judiciales y administrativos del país.

Además, deberá certificarnos en treinta días del cumplimiento de estos deberes.

Se dictará sentencia de conformidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re

María Socorro Muñoz Llinás          TS-15343


SENTENCIA

San Juan, Puerto Rico, a 8 de noviembre de 2007

Por los fundamentos expresados en la Opinión Per Curiam que antecede, los cuales se incorporan íntegramente a la presente, se suspende inmediata e indefinidamente a María Socorro Muñoz Llinás del ejercicio de la profesión de abogado y hasta que otra cosa disponga este Tribunal.

Se le impone el deber de notificar a todos sus clientes de su presente inhabilidad para seguir representándolos, les devuelva cualesquiera honorarios recibidos por trabajos no realizados e informe oportunamente de su suspensión a los distintos foros judiciales y administrativos del país.

Además deberá certificarnos en treinta (30) días del cumplimiento de estos deberes.

Así lo pronunció, manda el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Fuster Berlingeri no intervino.


Aida Ileana Oquendo Gralau
Secretaria del Tribunal Supremo